IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JASON JOHNSON,                                              *

              Plaintiff,                              *

v.                                                         Case No.  5:25-cv-00558-TES-CHW

                                  *

WARDEN GREGORY SAMPSON,

                                  *

              Defendants.                            *

_____       *

## **J U D G M E N T**

Pursuant to this Court's Order dated 7/7/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 7th day of July, 2026.

                            David W. Bunt, Clerk

                            s/ Erin Pettigrew, Deputy Clerk